UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                      CASE NO. 06-40408-TLH4
                                            CHAPTER 13
JAMES R. RUSSELL
MARY S. RUSSELL

             Debtor(s)            /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386903 in the amount of 21.20 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
           OFFICE OF THE CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JAMES R. RUSSELL | CHASE BANK, USA, N.A. |
| MARY S. RUSSELL | CIRCUIT CITY PRIVATE LABEL |
| 19 HAVANA HWY | P.O. BOX 100018 |
| QUINCY, FL 32352 | KENNESAW, GA 30156-9104 |

AND

MICHAEL C. GOLD, ESQ.
P.O. BOX 372
TALLAHASSEE, FL 32302

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
2/26/2010  1:57 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE